1  DANIEL W. MAGUIRE (SBN 120002)
   E-mail: dmaguire@bwslaw.com
2  KEIKO J. KOJIMA (SBN 206595)
   E-mail: kkojima@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, CA 90071-2953
   Tel: 213.236.0600  Fax: 213.236.2700
5
   Attorneys for Plaintiff
6  Sun Life Assurance Company of Canada, U.S.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                       CV 08   3465

11 | SUN LIFE ASSURANCE           | CASE NO.
   | COMPANY OF CANADA, U.S.,     |
12 |                              | **PLAINTIFF'S CERTIFICATION OF
   |          Plaintiff,          | INTERESTED ENTITIES OR
13 |                              | PERSONS**
   | v.
14 |
   | MARY CATHERINE CHIROLO,
15 | an individual; DENISE
   | ELIZABETH McSHANE, an
16 | individual; NANCI ANN
   | SEVERIETTI BOYD, an individual;
17 | LINDA MARIE SEVERIETTI
   | TORRES, an individual;
18 | THEODORE VINCENT
   | SEVERIETTI, an individual;
19 | VICTORIA ANNE TAYLOR
   | CHAVEZ, an individual; the
20 | ESTATE OF SEAN B. McSHANE,
   | and DOES 1 through 10,
21 |
   |          Defendants.
22

23

24

25       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

26 persons, associations of persons, firms, partnerships, corporations (including parent

27 corporations) or other entities (i) have a financial interest in the subject matter in

28 controversy or in a party to the proceedings, or (ii) have a non-financial interest in

BURKE, WILLIAMS &
SORENSEN, LLP          LA #4821-9165-5938 v1        - 1 -      PLAINTIFF'S CERTIFICATION OF
ATTORNEYS AT LAW                                               INTERESTED ENTITIES OR PERSONS
LOS ANGELES

that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff, Sun Life Assurance Company of Canada, U.S.;
2. Defendant, Mary Catherine Chirolo;
3. Defendant, Denise Elizabeth McShane;
4. Defendant, Nanci Ann Severietti Boyd;
5. Defendant, Linda Marie Severietti Torres;
6. Defendant, Theodore Vincent Severietti;
7. Defendant, Victoria Anne Taylor Chavez; and
8. Defendant, Estate of Sean B. McShane, Mary Catherine Chirolo, Executrix.

DATED: July 17, 2008

BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE
KEIKO J. KOJIMA

By: _____
DANIEL W. MAGUIRE
Attorneys for Plaintiff
Sun Life Assurance Company of Canada, U.S.