DANIEL W. MAGUIRE (SBN 120002)
E-mail: dmaguire@bwslaw.com
KEIKO J. KOJIMA (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: (213) 236-0600  Fax: (213) 236-2700

Attorneys for Plaintiff
Sun Life Assurance Company of Canada, U.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, U.S., <br><br> Plaintiff, <br><br> v. <br><br> MARY CATHERINE CHIROLO, an individual; et al. <br><br> Defendants. | CASE NO. CV 08-3465 WHA <br><br> **WAIVER OF SERVICE OF SUMMONS OF DEFENDANTS VICTORIA A. CHAVEZ AND LINDA M. TORRES** |

Plaintiff Sun Life Assurance Company of Canada, U.S. herein submits the signed Waiver of Service of Summons of Defendants Victoria A. Chavez (attached as Exhibit "A") and Linda M. Torres (attached as Exhibit "B").

DATED: August 28, 2008            BURKE, WILLIAMS & SORENSEN, LLP
                                  DANIEL W. MAGUIRE


                                  By: */s/ Keiko J. Kojima*
                                      KEIKO J. KOJIMA
                                  Attorneys for Plaintiff
                                  Sun Life Assurance Company of Canada, U.S.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4813-1060-1986 v1                - 1 -         CASE NO. C 08-3465 WHA
                                                   WAIVER OF SERVICE OF SUMMONS
                                                   – V. CHAVEZ & L. TORRES

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Los Angles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 28, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**WAIVER OF SERVICE OF SUMMONS OF VICTORIA A. CHAVEZ AND LINDA M. TORRES**

in a sealed envelope, postage fully paid, addressed as follows:

**SEE SERVICE LIST**

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 28, 2008, at Los Angeles, California.

*/s/ Agnes D. Tualla*
Agnes D. Tualla

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4813-1060-1986 v1

- 2 -

CASE NO. C 08-3465 WHA
WAIVER OF SERVICE OF SUMMONS OF
- V. CHAVEZ & L. TORRES

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | *Sun Life v. Chirolo, et al.*<br>Case No. CV08-3465 WHA |
| 3 | |
| 4 | Mary C. Chirolo<br>50085 Deer Meadow Way |
| 5 | Oakhurst, CA  93644-9009 |
| 6 | Estate of Sean V. McShane<br>Attn: Mary C. Chirolo |
| 7 | 50085 Deer Meadow Way<br>Oakhurst, CA  93644-9009 |
| 8 | |
| 9 | Denise E. McShane<br>2465 Mitchell Gulch Road<br>East Helena, MT  59635-9717 |
| 10 | |
| 11 | Victoria A. Chavez<br>3998 Amistad Drive<br>Las Cruces, NM  88005-3600 |
| 12 | |
| 13 | Nanci Severietti-Boyd<br>272 Pico Vista<br>Novato, CA  94947 |
| 14 | |
| 15 | Linda M. Torres<br>444 Anson Avenue<br>Rohnert Park, CA  94928-3376 |
| 16 | |
| 17 | Theodore V. Severietti<br>7971 West Donald Drive<br>Peoria, AZ  85383-2116 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4813-1060-1986 v1    - 3 -    CASE NO. C 08-3465 WHA
WAIVER OF SERVICE OF SUMMONS OF
- V. CHAVEZ & L. TORRES

AO 399 (03/08) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, U.S., <br>                Plaintiff <br> v. <br> MARY CATHERINE CHIROLO, an individual; DENISE ELIZABETH McSHANE, an individual; <br> NANCI ANN SEVERIETTI BOYD, an individual; <br> LINDA MARIE SEVERIETTI TORRES, an individual; <br> THEODORE VINCENT SEVERIETTI, an individual; <br> VICTORIA ANN TAYLOR CHAVEZ, an individual; <br> The ESTATE OF SEAN B. McSHANE, and DOES 1 through 10, <br>                Defendant | ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. CV 08-3465 WHA |

**Waiver of the Service of Summons**

To:  Keiko J. Kojima
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from  August 8, 2008 , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date  8/18/08

                                            *Victoria H. Chavez*
                                            Signature of the attorney or unrepresented party
                                            VICTORIA A. CHAVEZ
                                                     Printed name
                                         3998 Amistad Drive, Las Cruces, NM  88005-3600
                                                            Address

                                                             E-mail address
                                                     575/647-4473
                                                          Telephone number

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.



LA #4835-2072-7298 v1

American LegalNet, Inc.
www.FormsWorkflow.com

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

SUN LIFE ASSURANCE COMPANY OF CANADA, U.S., )
               Plaintiff )
               v. )   Civil Action No. CV 08-3465 WHA
MARY CATHERINE CHIROLO, an individual; DENISE )
ELIZABETH McSHANE, an individual; )
NANCI ANN SEVERIETTI BOYD, an individual; )
LINDA MARIE SEVERIETTI TORRES, an individual; )
THEODORE VINCENT SEVERIETTI, an individual; )
VICTORIA ANN TAYLOR CHAVEZ, an individual; )
The ESTATE OF SEAN B. McSHANE, and DOES 1 )
through 10, )
             Defendant

**Waiver of the Service of Summons**

To:   Keiko J. Kojima
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from August 8, 2008, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date   8/17/08

Signature of the attorney or unrepresented party
LINDA M. TORRES
Printed name
444 Anson Avenue, Rohnert Park, CA 94928-3376
Address
LindaTorres@comcast.net
E-mail address
707 486-2183
Telephone number

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.



EXHIBIT B