DANIEL W. MAGUIRE (SBN 120002)
E-mail: dmaguire@bwslaw.com
KEIKO J. KOJIMA (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: (213) 236-0600  Fax: (213) 236-2700

Attorneys for Plaintiff
Sun Life Assurance Company of Canada, U.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, U.S., <br><br> Plaintiff, <br><br> v. <br><br> MARY CATHERINE CHIROLO, an individual; et al. <br><br> Defendants. | CASE NO. CV 08-3465 WHA <br><br> **WAIVER OF SERVICE OF SUMMONS OF DEFENDANT THEODORE V. SEVERIETTI** |

Plaintiff Sun Life Assurance Company of Canada, U.S. herein submits the signed Waiver of Service of Summons of Defendant Theodore V. Severietti, attached as Exhibit "A".

DATED: September 3, 2008     BURKE, WILLIAMS & SORENSEN, LLP
                              DANIEL W. MAGUIRE


                              By: */s/ Keiko J. Kojima*
                              _____
                                  KEIKO J. KOJIMA
                              Attorneys for Plaintiff
                              Sun Life Assurance Company of Canada, U.S.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-4332-3394 v1                  - 1 -             CASE NO. C 08-3465 WHA
                                                    WAIVER OF SERVICE OF SUMMONS
                                                            T. SEVERIETTI

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 3, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**WAIVER OF SERVICE OF SUMMONS OF THEODORE V. SEVERIETTI**

in a sealed envelope, postage fully paid, addressed as follows:

**SEE SERVICE LIST**

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 3, 2008, at Los Angeles, California.

*/s/ Agnes D. Tualla*
Agnes D. Tualla

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-4332-3394 v1

- 2 -

CASE NO. C 08-3465 WHA
WAIVER OF SERVICE OF SUMMONS OF T. SEVERIETTI

SERVICE LIST
*Sun Life v. Chirolo, et al.*
Case No. CV08-3465 WHA

Mary C. Chirolo
50085 Deer Meadow Way
Oakhurst, CA  93644-9009

Estate of Sean V. McShane
Attn: Mary C. Chirolo
50085 Deer Meadow Way
Oakhurst, CA  93644-9009

Denise E. McShane
2465 Mitchell Gulch Road
East Helena, MT  59635-9717

Victoria A. Chavez
3998 Amistad Drive
Las Cruces, NM  88005-3600

Nanci Severietti-Boyd
272 Pico Vista
Novato, CA  94947

Linda M. Torres
444 Anson Avenue
Rohnert Park, CA  94928-3376

Theodore V. Severietti
7971 West Donald Drive
Peoria, AZ  85383-2116

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-4332-3394 v1     - 3 -     CASE NO. C 08-3465 WHA
WAIVER OF SERVICE OF SUMMONS OF
T. SEVERIETTI

AO 399 (03/08) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, U.S., <br> Plaintiff <br> v. <br> MARY CATHERINE CHIROLO, an individual; DENISE ELIZABETH McSHANE, an individual; NANCI ANN SEVERIETTI BOYD, an individual; LINDA MARIE SEVERIETTI TORRES, an individual; THEODORE VINCENT SEVERIETTI, an individual; VICTORIA ANN TAYLOR CHAVEZ, an individual; The ESTATE OF SEAN B. McSHANE, and DOES 1 through 10, <br> Defendant | Civil Action No. CV 08-3465 WHA |

**Waiver of the Service of Summons**

**To:** Keiko J. Kojima
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from August 8, 2008, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: Aug 28, 2008

Signature of the attorney or (unrepresented party)
THEODORE V. SEVERIETTI
Printed name
7971 West Donald Drive, Peoria, AZ 85383-2116
Address

E-mail address

Telephone number

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.


EXHIBIT A

LA #4835-2072-7298 v1

American LegalNet, Inc.
www.FormsWorkflow.com