IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUN LIFE ASSURANCE COMPANY OF CANADA, U.S.,

    Plaintiff,

v.

MARY CATHERINE CHIROLO, an individual, DENISE ELIZABETH McSHANE, an individual, NANCI HELEN SEVERIETTI BOYD, an individual, LINDA MARIE SEVERIETTI TORRES, an individual, THEODORE VINCENT SEVERIETTI, VICTORIA ANNE TAYLOR CHAVEZ, an individual, and the ESTATE OF SEAN B. McSHANE, and DOES 1 through 10,

    Defendants.
/

No. C 08-03465 WHA

**ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** plaintiff's request to continue the case management conference for sixty days.

    **IT IS SO ORDERED.**

Dated: October 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE