IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUN LIFE ASSURANCE COMPANY OF CANADA, U.S.,

    Plaintiff,

v.

MARY CATHERINE CHIROLO, an individual, DENISE ELIZABETH McSHANE, an individual, NANCI HELEN SEVERIETTI BOYD, an individual, LINDA MARIE SEVERIETTI TORRES, an individual, THEODORE VINCENT SEVERIETTI, VICTORIA ANNE TAYLOR CHAVEZ, an individual, and the ESTATE OF SEAN B. McSHANE, and DOES 1 through 10,

    Defendant.

    /

No. C 08-03465 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **DENIES** plaintiff's request to attend the case management conference by telephone and **GRANTS** a continuance of the case management conference to **NOVEMBER 6, 2008, AT 11:00 A.M.** All initial deadlines are extended accordingly. A case management conference statement is due at least seven days prior. Plaintiff shall please serve a copy of this order on all defendants.

    **IT IS SO ORDERED.**

Dated: October 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE