IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUN LIFE ASSURANCE COMPANY OF CANADA, U.S.,

    Plaintiff,

  v.

MARY CATHERINE CHIROLO, an individual, DENISE ELIZABETH McSHANE, an individual, NANCI HELEN SEVERIETTI BOYD, an individual, LINDA MARIE SEVERIETTI TORRES, an individual, THEODORE VINCENT SEVERIETTI, VICTORIA ANNE TAYLOR CHAVEZ, an individual, and the ESTATE OF SEAN B. McSHANE, and DOES 1 through 10,

    Defendant.

No. C 08-03465 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference is **CONTINUED** again for two weeks to **NOVEMBER 20, 2008, AT 11:00 A.M.** If this case cannot be settled by then, delaying the case will not help. It is time to move the case along. **THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: November 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE