1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, U.S.,<br><br>Plaintiff,<br><br>v.<br><br>MARY CATHERINE CHIROLO, an individual; DENISE ELIZABETH McSHANE, et al.,<br><br>Defendants. | CASE NO. CV 08-3465 WHA<br><br>~~PROPOSED~~ ORDER FOR DISMISSAL OF DEFENDANTS NANCI HELEN SEVERIETTI BOYD AND VICTORIA ANN CHAVEZ WITH PREJUDICE |

Based on the parties' stipulation filed on October 16, 2008, IT IS HEREBY ORDERED that Sun Life is hereby and shall be discharged from any liability to Defendants Boyd and Chavez to the full extent permitted by law with respect to Annuity Contract No. 0200419305 (hereinafter the "Annuity Contract") issued by Keyport Life Insurance Company to Sean B. McShane and Helen M. Severietti McShane;

IT IS FURTHER ORDERED that Defendants Nanci Helen Severietti Boyd

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4814-7268-7875 v1                                    - 1 -                                    *

("Boyd")[1] and Victoria Ann Chavez ("Chavez") disclaimes and renounces any and all interest they have or may had in any and all proceeds due under the Annuity Contract;

IT IS FURTHER ORDERED that Defendants Boyd and Chavez shall be dismissed from this lawsuit with prejudice.

IT IS SO ORDERED.

Dated: November 7, 2008

_____
Judge, United States District Court

*IT IS SO ORDERED*
*Judge William Alsup*

---

[1] Erroneously sued as Nanci Ann Severietti Boyd.