UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, U.S., <br><br> Plaintiff, <br><br> v. <br><br> MARY CATHERINE CHIROLO, an individual; DENISE ELIZABETH McSHANE, et al., <br><br> Defendants. | CASE NO. CV 08-3465 WHA <br><br> ~~AMENDED PROPOSED~~ ORDER FOR DISMISSAL OF DEFENDANT THEODORE VINCENT SEVERIETTI WITH PREJUDICE |

Based on the parties' stipulation filed on October 16, 2008, IT IS HEREBY ORDERED that Sun Life is hereby and shall be discharged from any liability to Defendant Theodore Vincent Severietti to the full extent permitted by law with respect to Annuity Contract No. 0200419305 (hereinafter the "Annuity Contract") issued by Keyport Life Insurance Company to Sean B. McShane and Helen M. Severietti McShane;

IT IS FURTHER ORDERED that Defendant Theodore Vincent Severietti disclaimes and renounces any and all interest she has or may have had in any and

all proceeds due under the Annuity Contract;

IT IS FURTHER ORDERED that Defendant Theodore Vincent Severietti shall be dismissed from this lawsuit with prejudice.

IT IS SO ORDERED.

Dated: December 3, 2008

_____
Judge, United States District Court

*IT IS SO ORDERED*
*Judge William Alsup*